IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BURNS and ALICE BURNS,<br><br>    Plaintiffs,<br><br>  v.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-0023 CW<br><br>ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION UNIT FOR INITIAL ASSESSMENT |

    Pursuant to Civil L.R. 16-8 and ADR L.R. 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit to assess this case's suitability for mediation or a settlement conference.  Plaintiffs Walter Burns and Alice Burns and Defendants Bank of America and First American Trustee Servicing, or their counsel, shall participate in a telephone conference, to be scheduled by the ADR Unit on a date before January 26, 2011.

    The parties or their counsel shall be prepared to discuss the following subjects:

        (1) Identification and description of claims and alleged defects in loan documents.

        (2) Prospects for loan modification.

        (3) Prospects for settlement.

        (4) Any other matters that may be conducive to the just, efficient and economical determination of the action.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, Plaintiffs shall do the following:

    (1)  Review relevant loan documents and the claims they have filed.

    (2)  If Plaintiffs are seeking a loan modification to resolve all or some of their claims, they shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request.  Further, Plaintiffs shall immediately notify Defendants' counsel of their request for a loan modification.

    (3)  Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification.  The general and financial information provided to Defendants may be in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, counsel for Defendants shall do the following.

    (1)  If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiffs' request, counsel for Defendants shall promptly notify Plaintiffs to that effect.

    (2)  Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will provide the parties with additional information regarding the telephone conference, including the date it will be held.  After the telephone conference has been held, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

IT IS SO ORDERED.

Dated: January 20, 2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WALTER BURNS and ALICE BURNS,

        Plaintiffs,

  v.

FIRST AMERICAN TRUSTEE SERVICING
SOLUTIONS LLP, et al.,

        Defendants.
                                       /

Case Number: CV11-00023 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Alice  Burns
1221 Hookston Road
Concord,  CA 94518

Walter  Burns
1221 Hookston Road
Concord,  CA 94518

Dated: January 20, 2011

                                          Richard W. Wieking, Clerk
                                          By: MP, Deputy Clerk