United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER BURNS and ALICE BURNS,

    Plaintiffs,

  v.

FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, et al.,

    Defendants.
                                /

No. C 11-0023 CW

ORDER REGARDING REQUEST TO E-FILE

    Plaintiffs Walter Burns and Alice Burns seek the Court's leave to participate in Electronic Case Filing (ECF).

    Within fourteen days of the date of this Order, Plaintiffs shall file a declaration stating that they have reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that they are able to comply with all the requirements for e-filing.  Failure to file such a declaration will result in the denial of their request.

    IT IS SO ORDERED.

Dated: 1/21/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BURNS et al,

        Plaintiff,

v.

FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS LLP et al,

        Defendant.

Case Number: CV11-00023 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alice Burns
1221 Hookston Road
Concord, CA 94518

Walter Burns
1221 Hookston Road
Concord, CA 94518

Dated: January 21, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California