IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BURNS and ALICE BURNS,<br><br>      Plaintiffs,<br><br>   v.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; WELLS FARGO BANK, N.A.; CONTRA COSTA COUNTY RECORDER; BANK OF AMERICA, N.A.; LIBERTY TITLE COMPANY; WELLS FARGO HOME MORTGAGE CO.; and AMERICAN SECURITIES COMPANY,<br><br>      Defendants.<br>_____/ | No. C 11-0023 CW<br><br>ORDER DENYING PLAINTIFFS' MOTION TO E-FILE AND TAKING MOTIONS UNDER SUBMISSION ON THE PAPERS |

   On January 18, 2011, pro se Plaintiffs Walter and Alice Burns moved to for leave to participate in Electronic Case Filing (ECF). On January 21, 2011, the Court directed Plaintiffs to file, within fourteen days, a declaration stating that they had reviewed General Order 45 and that they are able to comply with all the requirements for e-filing.  Plaintiffs filed a proposed order granting their request to e-file, but did not file a declaration indicating their ability to comply with General Order 45.  Accordingly, Plaintiffs' request to e-file is DENIED.  (Docket No. 10.)

   The motions to dismiss of Defendants Contra Costa County Recorder (Docket No. 24); First American Trustee Servicing Solutions, LLC (Docket No. 27); Wells Fargo Bank, N.A. (Docket No. 31); and Bank of America, N.A. (Docket No. 49) will be taken under submission on the papers.  Because replies have been filed with respect to Docket Nos. 24, 27, and 31, no further briefing on these motions will be considered without prior Court approval.  Civ. L.R.

1  7-3(d).  If a reply in support of its motion to dismiss is
2  necessary, Bank of America shall file one by March 31, 2011.
3       The March 31, 2011 and April 21, 2011 hearings on Defendants'
4  motions to dismiss are VACATED.
5       IT IS SO ORDERED.

7  Dated: 3/25/2011

                              CLAUDIA WILKEN
                              United States District Judge