IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BURNS and ALICE BURNS, | No. C 11-0023 CW |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION (Docket No. 78) |
| v. | |
| FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLP; WELLS FARGO BANK, N.A.; CONTRA COSTA COUNTY RECORDER; BANK OF AMERICA, N.A.; LIBERTY TITLE COMPANY; WELLS FARGO HOME MORTGAGE CO.; and AMERICAN SECURITIES COMPANY, | |
| Defendants. / | |

Pro se Plaintiffs Walter and Alice Burns move for reconsideration of the Court's April 8, 2011 Order dismissing their case. The Court interprets Plaintiffs' motion to seek reconsideration pursuant to Federal Rules of Civil Procedure 59(e) and 60(b).[1]

A party may seek reconsideration of a final judgment or order pursuant to Rule 59(e) "if the district court: (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Sch. Dist. No. 1J, Multnomah Cnty. v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Rule 60(b) provides that a court may relieve a party from a final judgment, order or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable

---

[1] The April 8 Order was not interlocutory and is therefore not subject to reconsideration under Civil Local Rule 7-9.

neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).

In their current motion, Plaintiffs simply restate their arguments that Defendants Contra Costa County, et al., have held them in involuntary servitude and in a state of peonage. They offer no basis for reconsideration under Rules 59(e) or 60(b).

Accordingly, Plaintiffs' motion for reconsideration is DENIED. (Docket No. 78.)

IT IS SO ORDERED.

Dated: 5/3/2011

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BURNS et al,

   Plaintiff,

 v.

FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS LLP et al,

   Defendant.

Case Number: CV11-00023 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alice Burns
1221 Hookston Road
Concord, CA 94518

Walter Burns
1221 Hookston Road
Concord, CA 94518

Dated: May 3, 2011

          Richard W. Wieking, Clerk
          By: Nikki Riley, Deputy Clerk

3